THOMAS E. FRANKOVICH (State Bar No. 074414)
JESSICA A. DAYTON (State Bar No. 231698)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
MARSHALL LOSKOT
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIABLO MAZDA SUBARU; MARVIN S. BENN, as trustee of the MARVIN S. BENN REVOCABLE TRUST; and DIABLO AUTO INC., a California corporation dba DIABLO MAZDA SUBARU,<br><br>Defendants. | **CASE NO. C04-3986 CW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

Dated: May 24 , 2005   THOMAS E. FRANKOVICH
  *A PROFESSIONAL LAW CORPORATION*

By: ____/s/_____
  Jessica A. Dayton
Attorneys for Plaintiffs BRENDA PICKERN and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

Dated: April 26 , 2005   MILLER, STARR & REGALIA
  *A PROFESSIONAL LAW CORPORATION*

By: ____/s/_____
  David. E. Harris
Attorneys for Defendants MARVIN S. BENN, as trustee of the MARVIN S. BENN REVOCABLE TRUST; and DIABLO AUTO INC., a California corporation dba DIABLO MAZDA SUBARU,



United States District Court
**IT IS SO ORDERED**
Judge Claudia Wilken
Northern District of California

STIPULATION OF DISMISSAL                                              2